AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
DISTRICT COURT OF GUAM
JUN 18 2020 
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of Guam

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

One (1) U.S. Priority Mail Package Bearing the Printed Address of Brian Awa, 193 LSN Tenorio Lane Kaiser, Dededo, GU 96929 (See Attachment A)

) MJ-Case No. 20-00051
)
)
)
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Guam___
*(identify the person or describe the property to be searched and give its location)*:

One (1) U.S. Priority Mail Package Bearing the Printed Address of Brian Awa, 193 LSN Tenorio Lane Kaiser, Dededo, GU 96929. Property is further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substance held in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846. Items of personal property tending to identify the person(s) ownership and control of the package which is subject to this warrant. Proceeds from the sale of controlled substances.

**YOU ARE COMMANDED** to execute this warrant on or before ___June 3, 2020___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Frances Tydingco-Gatewood, Chief Judge___.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __5/20/2020 2:59 pm__   ___/s/___
                                              *Judge's signature*

City and state: ___Hagatna, Guam___   ___FRANCES TYDINGCO-GATEWOOD, Chief Judge___
                                         *Printed name and title*

**ORIGINAL**

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ20-00051 | 5/20/2020  1729 PM | US POSTAL SERVICE |

Inventory made in the presence of:
HSI AGENTS E.T. FEJERAN & E. MATANGUIHAN

Inventory of the property taken and name of any person(s) seized:

APPROXIMATELY 226 GG OF WHITE CRYSTAL SUBSTANCE FIELD TESTED POSITIVE FOR METHAMPHETAMINE.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/18/2020

_Connie R. Worrel_
Executing officer's signature

CONNIE R. WORREL    US POSTAL INSPECTOR
Printed name and title

6/18/2020
1:45 pm

ORIGINAL

ATTACHMENT A

One (1) U.S. Priority Mail package is further described as a package bearing tracking number 9505 5142 4957 0134 3572 78, with $15.05 in US Postage, and addressed as follow:

FROM:
MIKE STONE (ABSOLUTE K9)
11339 SORRENTO VALLEY RD
SAN DIEGO, CA 92121

TO:
BRIAN AWA
193 LSN TENORIO LANE KAISER
DEDEDO, GU 96929

The AWA package weighs approximately one pound and 3 ounces, and measures approximately 11"X9"X6"

