

FILED
DISTRICT COURT OF GUAM

AUG 16 2023 *opp*

JEANNE G. QUINATA
CLERK OF COURT

1 | SHAWN N. ANDERSON
United States Attorney
2 | BENJAMIN K. PETERSBURG
Assistant U.S. Attorney
3 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4 | Hagåtña, Guam 96910
PHONE: (671) 472-7332
5 | FAX: (671) 472-7215

6 | Attorneys for the United States of America

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE DISTRICT OF GUAM

9 | IN THE MATTER OF THE SEARCH OF     MAGISTRATE CASE NO. 20-00051
ONE (1) U.S. PRIORITY MAIL PACKAGE
10 | BEARING THE PRINTED ADDRESS OF     **UNITED STATES' FOURTEENTH**
BRIAN AWA, 193 LSN TENORIO LANE     **MOTION FOR AN EXTENSION OF**
11 | KAISER, DEDEDO, GU 96929     **SEALING ORDER**

12 |         *[FILED UNDER SEAL]*

13 | COMES NOW, the United States of America, by and through undersigned counsel, and

14 | does hereby move this Court for an Order extending the sealing of the above-captioned search

15 | and seizure warrant and supporting documents, for an additional ninety (90) days, and does state

16 | as follows:

17 | PRELIMINARY STATEMENT

18 | This Court issued the above-referenced search and seizure warrant on May 20, 2020,

19 | permitting the search of ONE (1) U.S. PRIORITY MAIL PACKAGE BEARING THE

20 | PRINTED ADDRESS OF BRIAN AWA, 193 LSN TENORIO LANE KAISER, DEDEDO, GU

21 | 96929. The Court also ordered that the search warrant and supporting documents be sealed.

22 | FACTS IN SUPPORT OF CONTINUED SEALING

23 | 1.     On or about May 20, 2020, federal agents executed the search and seizure warrant

24 | herein.

1

2.       The continued sealing of the affidavit and the supporting documents is needed because the investigation into the addressee of the package by law enforcement agents remains ongoing.

3.       Premature disclosure will likely cause flight from prosecution and will otherwise seriously jeopardize the ongoing investigation into this matter.

4.       Federal agents are actively utilizing a cooperating defendant to communicate with the intended addressee of the above-captioned package in order to obtain statements and to coordinate undercover operations. However, the government's ability to advance the investigation during the last 90 days was seriously impaired by the effects of Typhoon Mawar.

5.       Disclosure of the affidavit and supporting documents would reveal the existence of the investigation to the target and would seriously jeopardize or even terminate the ability of the cooperating defendant to assist the government in advancing this investigation.

6.       WHEREFORE, the United States of America respectfully requests that, for the reasons set forth herein, and pursuant to Rule 41(f)(3) of the Federal Rules of Criminal Procedure, good cause exists to further extend the sealing of the seizure warrant and supporting documents for ninety (90) days.

RESPECTFULLY SUBMITTED this 16th day of August, 2023.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _____
BENJAMIN K. PETERSBURG
Assistant U.S. Attorney

2